NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRYANT ALLEN CODY,
DOC #H34443,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

Case No.  2D18-3276

Opinion filed May 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; James A. Yancey, Judge.

Bryant Allen Cody, pro se.

PER CURIAM.

    Affirmed.

SILBERMAN, MORRIS, and BADALAMENTI, JJ., Concur.